UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.



UNITED STATES OF AMERICA,

      Plaintiff,

v.

ONE SINGLE FAMILY RESIDENCE
LOCATED AT 1720 SW 4TH STREET,
FORT LAUDERDALE, FL 33312.

      Defendant.
_____/

### VERIFIED COMPLAINT FOR FORFEITURE IN REM

The United States files this Verified Complaint for Forfeiture In Rem and in support alleges that:

1. This is a civil action for forfeiture in rem against One Single Family Residence located at 1720 SW 4th Street, Fort Lauderdale, FL 33312.

2. This Court has jurisdiction over this matter pursuant to Title 28 U.S.C. §1345 and 1355.

3. This Court has venue over the defendant property pursuant to Title 28 U.S.C. §1395(a) and (b).

4. The defendant property is forfeitable pursuant to Title 21, United States Code, Section 881(a)(4) as real property used, or intended to be used, in any manner or part to commit, or to facilitate the commission of a violation of Title 21, United States Code, Sections 801 *et. seq.*

5. The property is owned by Matthew Gaines, a single man.



6. The defendant property is also known as:

SANFORD D ADLER SUB 76-16 B LOT 8 according to the
Official Records, as recorded in Official Records Book
31969 at Page 1766, in Official Records of Broward County, Florida.
PROPERTY I.D. NUMBER: 5042 09 37 0080

See also complete Legal Description attached as Exhibit One.

7. On April 15, 2004, law enforcement agents obtained a state search warrant for 1720 SW 4th Street, Fort Lauderdale, Florida based on probable casue that a hydroponics laboratory was in operation growing marijuana.

8. During the search of the property, law enforcement authorities found approximately sixty-five (65) pots containing the stem roots and short stalks of marijuana plants that had been harvested, three (3) complete "mother plants", approximately six (6) pounds of harvested marijuana separated into eleven bags, hydroponics equipment, scale, chemicals, ledgers and other items used in the manufacture and distribution of marijuana.

9. At the time of the search, MATTHEW GAINES, the owner of the property was present. MATTHEW GAINES, post-Miranda, admitted that he had been operating the hydroponics laboratory growing marijuana for at least three years.

## FORFEITURE ALLEGATION

By reason of the foregoing, the defendant property has become and is forfeited to the United States of America, pursuant to Title 21, United States Code, Section 881(a)(4), based upon violations of Title 21, United States Code, Sections 801 *et. seq.*, because the property was used, or intended to be used, in any manner or part to commit, or to facilitate the commission of a violation of Title 21, United States Code, Sections 801 *et. seq.*

2

**WHEREFORE,** based upon the allegations contained herein, the plaintiff, the United States of America, requests that process in due of law according to the procedures of the Court in causes of actions *in rem* in accordance with the provisions of Rule C(3) of the Supplemental Rules of Certain Admiralty and Maritime Claims issue against the defendant property; that any person or persons having any interest in the defendant property be directed to appear herein and to answer this Complaint; that this Court decree the condemnation and forfeiture of the defendant property to the United States; and that the plaintiff have any such other and further relief as may be just and proper.

Respectfully submitted,

MARCOS DANIEL JIMINEZ
UNITED STATES ATTORNEY

By: _____
WILLIAM H. BECKERLEG, JR.
ASSISTANT UNITED STATES ATTORNEY
FLORIDA BAR NO. A5500074
500 East Broward Boulevard, Suite 700
Fort Lauderdale, Florida 33394
Tel: (954) 660-5774
Fax: (954) 356-7180

## VERIFICATION

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that, I, Michael Mancuso, Special Agent for the Drug Enforcement Administration, have read to foregoing Complaint for Forfeiture In Rem and state that the contents are true to the best of my knowledge and belief.

_____
MICHAEL MANCUSO, SPECIAL AGENT
DRUG ENFORCEMENT ADMINISTRATION

This Instrument Prepared by and Return to

BLUE MARLIN TITLE CORPORATION
2400 EAST COMMERCIAL BOULEVARD
FORT LAUDERDALE, FLORIDA 33308

Property Appraisers Parcel Identification (Folio) Numbers:
10209-37-00800

Grantee SS #:

INSTR # 101246838
OR BK 31969 PG 1766
RECORDED 08/10/2001 01:56 PM
COMMISSION
BROWARD COUNTY
DOC STMP-D      840.00
DEPUTY CLERK 1010

_____SPACE ABOVE THIS LINE FOR RECORDING DATA_____

THIS WARRANTY DEED, made the 19th day of July, A.D. 2001 by FRANCIS P. LACEY and ROSEMARIE F. LACEY, husband and wife herein called the grantors, whose post office address is 56516 Pecan Road, Astor, Florida 32102-2331, to MATTHEW D. GAINES, a single man whose post office address is 1720 S.W. 4th Street, Ft. Lauderdale, Florida 33312, hereinafter called the Grantee:

(Wherever used herein the terms "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations)

W I T N E S S E T H: That the grantors, for and in consideration of the sum of TEN AND 00/100'S ($10.00) Dollars and other valuable considerations, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto the grantee all that certain land situate in BROWARD County, State of Florida, viz:

Lot 8 of SANFORD D. ADLER SUBDIVISION, according to the Plat thereof, as recorded in Plat Book 76, Page 16, of the Public Records of Broward County, Florida.

TOGETHER, with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

TO HAVE AND TO HOLD, the same in fee simple forever.

AND, the grantors hereby covenant with said grantee that the grantors is/are lawfully seized of said land in fee simple; that the grantors have good right and lawful authority to sell and convey said land, and hereby warrant the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances, except taxes accruing subsequent to December 31, 2000.

IN WITNESS WHEREOF, the said grantors have signed and sealed these presents the day and year first above written.

Signed, sealed and delivered in the presence of:

Signature
S. Donzella
Printed Signature

Signature
MICHAEL E. LEACH
Printed Signature

FRANCIS P. LACEY ........L.S.

Rosemarie F. Lacey ........L.S.
ROSEMARIE F. LACEY

**STATE OF FLORIDA**
**COUNTY OF BROWARD**

The foregoing instrument was acknowledged before me this 19th day of July, 2001 by FRANCIS P. LACEY and ROSEMARIE F. LACEY who is/are personally known to me or have produced FLA DRIVERS LIC as identification.

SEAL

MICHAEL E. LEACH
MY COMMISSION # CC 783777
EXPIRES: February 15, 2003
Bonded Thru Notary Public Underwriters

Notary Signature
MICHAEL E. LEACH
Printed Notary Signature
My Commission Expires:

File # 10086L

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

04-60511

CIV - HUCK

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I. (a) PLAINTIFFS
UNITED STATES OF AMERICA

### DEFENDANTS
ONE SINGLE FAMILY RESIDENCE LOCATED AT 1720 SW 4TH STREET, FORT LAUDERDALE, FL 33312.

MAGISTRATE JUDGE
TURNOFF

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF   BROWARD
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT   BROWARD
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
William H. Beckerleg, Jr.
500 East Broward Blvd., Suite 700
Fort Lauderdale, FL 33394
(954) 660-5774

ATTORNEYS (IF KNOWN)

C: 04CV 60511 PCH/WCT

(d) CIRCLE COUNTY WHERE ACTION AROSE:   DADE,   MONROE,   (BROWARD),   PALM BEACH,   MARTIN,   ST. LUCIE,   INDIAN RIVER,   OKEECHOBEE,   HIGHLANDS

### II. BASIS OF JURISDICTION   (PLACE AN "X" IN ONE BOX ONLY)

- [x] 1 U.S. Government Plaintiff
- 2 U.S. Government Defendant
- 3 Federal Question (U.S. Government Not a Party)
- 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | 1 | 1 | Incorporated or Principal Place of Business In This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated and Principal Place of Business In Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

### IV. ORIGIN  (PLACE AN "X" IN ONE BOX ONLY)

- [x] 1 Original Proceeding
- 2 Removed from State Court
- 3 Remanded from Appellate Court
- 4 Reinstated or Reopened
- 5 Transferred from another district (specify)
- 6 Multidistrict Litigation
- 7 Appeal to District Judge from Magistrate Judgment

### V. NATURE OF SUIT   (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | B 610 Agriculture | 422 Appeal 28 USC 158 | 400 State Reapportionment |
| 120 Marine | 310 Airplane | 362 Personal Injury - Med. Malpractice | B 620 Other Food & Drug | | 410 Antitrust |
| 130 Miller Act | 315 Airplane Product Liability | | B[x] 625 Drug Related Seizure of Property 21 USC 881 | 423 Withdrawal 28 USC 157 | 430 Banks and Banking |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | 365 Personal Injury - Product Liability | | | B 450 Commerce/ICC Rates/etc |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability | 368 Asbestos Personal Injury Product Liability | B 630 Liquor Laws | A PROPERTY RIGHTS | 460 Deportation |
| 151 Medicare Act | 340 Marine | PERSONAL PROPERTY | B 640 R.R. & Truck | 820 Copyrights | 470 Racketeer Influenced and Corrupt Organizations |
| B 152 Recovery of Defaulted Student Loans (Excl. Veterans) | 345 Marine Product Liability | 370 Other Fraud | B 650 Airline Regs | 830 Patent | 810 Selective Service |
| B 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle | 371 Truth in Lending | B 660 Occupational Safety/Health | 840 Trademark | 850 Securities/Commodities/Exchange |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability | 380 Other Personal Property Damage | B 690 Other | | 875 Customer Challenge 12 USC 3410 |
| 190 Other Contract | 360 Other Personal Injury | 385 Property Damage Product Liability | A LABOR | B SOCIAL SECURITY | 891 Agricultural Acts |
| 195 Contract Product Liability | | | 710 Fair Labor Standards Act | 861 HIA (1395ff) | 892 Economic Stabilization Act |
| A REAL PROPERTY | A CIVIL RIGHTS | PRISONER PETITIONS | 720 Labor/Mgmt. Relations | 862 Black Lung (923) | 893 Environmental Matters |
| 210 Land Condemnation | 441 Voting | B 510 Motions to Vacate Sentence | 730 Labor/Mgmt. Reporting & Disclosure Act | 863 DIWC/DIWW (405(g)) | 894 Energy Allocation Act |
| B 220 Foreclosure | 442 Employment | HABEAS CORPUS: | 740 Railway Labor Act | 864 SSID Title XVI | 895 Freedom of Information Act |
| 230 Rent Lease & Ejectment | 443 Housing/Accommodations | B 530 General | 790 Other Labor Litigation | 865 RSI (405(g)) | 900 Appeal of Fee Determination Under Equal Access to Justice |
| 240 Torts to Land | 444 Welfare | A 535 Death Penalty | | FEDERAL TAX SUITS | |
| 245 Tort Product Liability | 440 Other Civil Rights | B 540 Mandamus & Other | A 791 Empl. Ret. Inc. Security Act | A 870 Taxes (U.S. Plaintiff or Defendant) | 950 Constitutionality of State Statutes |
| 290 All Other Real Property | | B 550 Civil Rights | | A 871 IRS - Third Party 26 USC 7609 | 890 Other Statutory Actions A OR B |
| | | B 555 Prison Condition | | | |

### VI. CAUSE OF ACTION   (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL UNLESS DIVERSITY.)
Title 21, U.S.C. §881(a)(4) - Facilitation

LENGTH OF TRIAL
via _____ days estimated (for both sides to try entire case)

### VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND:   YES   [x] NO

### VIII. RELATED CASE(S) IF ANY  (See instructions):
JUDGE                                   DOCKET NUMBER

DATE
4-20-4

SIGNATURE OF ATTORNEY OF RECORD
William H. Beckerleg, Jr.

FOR OFFICE USE ONLY

RECEIPT #            AMOUNT            APPLYING IFP            JUDGE            MAG. JUDGE

This form was electronically produced by Elite Federal Forms, Inc.